
**NAME:** Wesley McIntosh

**PRISON IDENTIFICATION / BOOKING NUMBER:** Desert View MCCF-G-25074

**ADDRESS OR PLACE OF CONFINEMENT:** P.O. Box 4000, Adelanto, CA. 92301

**NOTE:** It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address and telephone number.

Indigent! FILED

2009 JAN 29 AM 10: 19

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Fee Due

**FULL NAME:** Wesley McIntosh
(Include name under which you were convicted)

Petitioner,

v.

(530)

California Department of Corrections
**NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER**

Respondent.

**CASE NUMBER:** CV-CV09 00694 RGK (FMO)
To be supplied by the Clerk of the United States District Court.

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)

CV- _____
CV- _____
CV- _____

LODGED
CLERK, U.S. DISTRICT COURT
JAN 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☐ A conviction.
2. ☑ A sentence.
3. ☐ Prison discipline.
4. ☐ A parole problem.
5. ☐ Other.

## PETITION

1. Venue
   (a) Place of detention  Desert View MCCF, P.O. Box 4000, Adelanto, CA. 92301
   (b) Place of conviction  Los Angeles, Calif.
   (c) Place sentenced  Superior Court of California, 210 W. Temple St., L.A., CA. 90012

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   (a) Nature of offenses involved *(include all counts)*: Sales of Cocaine

   (b) Penal or other code section or sections: 11352(a)

   (c) Case number: BA332501
   (d) Date of conviction: 2-26-08
   (e) Date of sentence: 2-29-08
   (f) Length of sentence on each count: 3 years

   (g) Plea *(check one)*
       ☑ Not guilty
       ☐ Guilty
       ☐ Nolo Contendere

   (h) Kind of trial: *(check one)*
       ☑ Jury
       ☐ Judge only
       ☐ Judge alone on transcript

   (i) Did you testify at the trial?
       ☑ Yes  ☐ No

3. Did you appeal from the conviction of sentence?
   ☒ Yes   ☐ No

4. If you did appeal, give the following information for each appeal:
   (a) (1) Name of court: Court of Appeal, 2nd Appellate District
       (2) Result: Still pending

       (3) Date of result: _____
       (4) Citation or number of opinion: B206367
       (5) Grounds raised *(list each)*:
           (a) Wende Brief (Supplemental Brief)
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
           (g) _____

   (b) (1) Name of court: _____
       (2) Result: _____

       (3) Date of result: _____
       (4) Citation or number of opinion: _____
       (5) Grounds raised *(list each)*:
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
           (g) _____

5. If you did not appeal:
   (a) State your reasons _____

(b) Did you seek permission to file a late appeal?

☐ Yes   ☑ No

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?

☐ Yes   ☑ No

7. If you answer to 6 was "Yes", give the following information:

(a) (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
    _____

(b) (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
    _____

(c) (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
    _____

8. Was an evidentiary hearing held?
   ☐ Yes   ☒ No

   If so, state the name of the court, and the result: _____

9. If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

   _____

   **CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a **SINGLE** page only behind this page.

    **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb is - who did exactly what to violate your rights at what time or place.

    (a) Ground one: The California Department of Corrections has Re-sentenced Petitioner without Just Cause and Refuse to grant Petitioner Custody Credit awarded by the Trial Judge.
    Supporting FACTS (tell your story BRIEFLY without citing cases or law):
    The California Department of Corrections is Disregarding Custody Credits the trial Judge awarded Petitioner by Not giving Petitioner any Presentence or Post-Sentence Credit which was awarded by the Sentencing Court. CDC is stating that Petitioner Doesn't get any Presentence Credits for time spent in Custody Prior to Sentencing and is Disregarding the Judges order granting Petitioner Credit.

    (b) Ground two: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

---

The California Department of Corrections is Re-Sentencing Petitioner in Violation of his Rights and in Violation of Sentencing Guidelines. The trial Judge Sentenced Petitioner with 3 years with half time but CDC has Re-Sentenced Petitioner to just Under 30 months with half time, while at the same time telling Petitioner the Presentence Credits the trial Judge Awarded him Dont Count or Apply to the Sentence, which is having an adverse effect on Petitioners Release date. CDC states that the 6 months or 152 days of Presentence Custody Credit Dont Apply and that Petitioner wont be awarded that Credit. Because of this Re-Sentencing Petitioner is Doing extra Prison time of almost 3 months over.

   Petitioner's Release Date should be around 4-8-09 or sooner but instead CDC has Petitioners Release Date as of 6-25-09 because of their Re-Sentencing.

   On 2-29-08 Petitioner was Sentenced to 3 years with half time, with 152 days of Custody Credit for time already Spent in Custody for the Charge or Crime. Petitioner was Received at Reception CSP-LAC on 4-9-08. After being Received at the State Prison, Petitioner saw his Counselor where he was told that he Doesnt get any Credit for time in Custody at a County Jail and that he would be Re-Sentenced by California Department of Corrections. — Could I Please get Relief in this matter.

5 of 9 (a) → Attached

(c) Ground three: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____
_____
_____
_____
_____
_____

(d) Ground four: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____
_____
_____
_____
_____
_____

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons: _____

_____
_____
_____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

☐ Yes   ☑ No

13. Are you presently represented by counsel?

☐ Yes   ☑ No

If so, provide name, address and telephone number: _____

_____
_____

Case name and court: _____

_____
_____


**WHEREFORE**, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

_1-1-09_____
*Date*

_____ *[signature]* _____
*Signature of Petitioner*

Wesley McIntosh
(Petitioner)

California Department of Corrections
(Respondent[s])

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, Wesley McIntosh, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?
   ☐ Yes   ☑ No
   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____
   
   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.   1987 - I think I was making around $800.00 dollars a month

2. Have you received, within the past twelve (12) months, any money from the following sources:
   (a) Business, profession or form of self-employment?    ☐ Yes   ☑ No
   (b) Rent payments, interest or dividends?               ☐ Yes   ☑ No
   (c) Pensions, annuities or life insurance payments?    ☐ Yes   ☑ No
   (d) Gifts or inheritances?                              ☐ Yes   ☑ No
   (e) Any other source?                                   ☐ Yes   ☑ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*
   ☐ Yes   ☑ No
   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*
   ☐ Yes   ☑ No
   If the answer is "yes", describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____NoNe_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

___1-1-09___
　　Date

_____
　　　　　　　Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___0___ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

Dated: ___January 15, 2009___

_____
Authorized Officer of Institution

___Counselor___
Title of Officer

```
                    DESERT VIEW CORRECTIONAL FACILITY
                 :===============================================:

                           Resident Account Summary
                       Thursday, January 15, 2009  @12:46

               :=====================================================:
For Inmate ID: G25074    MCINTOSH, WESLEY
---------------------------------------------------------------------------
   Date     Transaction Description             Amount   Balance   Owed    Held    Reference
---------------------------------------------------------------------------
01/15/2009 MISC CHARGE LEGAL MAIL                 0.59     0.00   17.51    0.00
01/15/2009 MISC CHARGE 12 COPIES                  1.80     0.00   16.92    0.00
01/15/2009 MISC CHARGE LEGAL MAIL                 0.42     0.00   15.12    0.00
01/15/2009 MISC CHARGE LEGAL MAIL                 1.18     0.00   14.70    0.00
01/15/2009 MISC CHARGE LEGAL MAIL                 0.84     0.00   13.52    0.00
12/19/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00   12.68    0.00
12/12/2008 MISC CHARGE 6 COPIES                   0.90     0.00   12.09    0.00
12/09/2008 MISC CHARGE LEGAL MAIL                 3.36     0.00   11.19    0.00
12/09/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00    7.83    0.00
11/25/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    7.24    0.00
11/25/2008 MISC CHARGE LEGAL MAIL                 0.76     0.00    6.82    0.00
11/25/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    6.06    0.00
11/25/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    5.64    0.00
11/24/2008 MISC CHARGE LEGAL MAIL                 1.18     0.00    5.22    0.00
11/07/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00    4.04    0.00
10/31/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00    3.45    0.00
10/28/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00    2.86    0.00
10/16/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    2.27    0.00
10/16/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    1.85    0.00
10/16/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    1.43    0.00
10/16/2008 MISC CHARGE LEGAL MAIL                 0.42     0.00    1.01    0.00
10/16/2008 MISC CHARGE LEGAL MAIL                 0.59     0.00    0.59    0.00
10/16/2008 DEPOSIT CAS INITIAL DEPOSIT            0.00     0.00    0.00    0.00
```

# PROOF OF SERVICE

State of California        )
                           )          §CCP 1013a2015.5 28USC 1746
County of San Bernardino   )

I, __Wesley M Intosh__, deposit and state under penalty of perjury that I am over eighteen (18) years of age, that I am a party of the attached __Petition for Habeas Corpus__, and that I did, on the date listed below, deposit in the United States Mail at Adelanto, California, where I do presently reside by virtue of my confinement, an ORIGINAL and __0__ copies of the above described document, with postage fully prepaid thereon for mailing to:

U.S. District Court
U.S. Courthouse
Los Angeles, CA. 90012

Signature: _____  CDC #: __G-25074__  Dated: __1-26-09__

---

**MAILROOM ACKNOWLEDGMENT OF MAILING**

Dated: __01-26-09__

Signed: __Ofc. Hutchins__
Mail room Employee

---

23 March 2000                                           dv-sec-mail-003



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, January 29, 2009

**WESLEY MCINTOSH G-25074**
**DESERT VIEW MCCF**
**P.O. BOX 4000**
**ADELANTO, CA 92301**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV09- 694 RGK (FMO)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
  [ ] District Court Judge _____
  [X] Magistrate Judge    **Fernando M. Olguin**_____

at the following address:
  [X] U.S. District Court
      312 N. Spring Street
      Civil Section, Room G-8
      Los Angeles, CA  90012

  [ ] Ronald Reagan Federal
      Building and U.S. Courthouse
      411 West Fourth St., Suite 1053
      Santa Ana, CA  92701-4516
      (714) 338-4750

  [ ] U.S. District Court
      3470 Twelfth Street
      Room 134
      Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

                                        Very truly yours,

                                        Clerk, U.S. District Court

                                                CPOWERS
                                        By: _____
                                            Deputy Clerk